

1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   RUTH C. PINKEL (Cal. Bar No. 164470)
4  Assistant United States Attorney
   Public Corruption and Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-6077
7       Facsimile:  (213) 894-2927
        E-mail:     ruth.pinkel@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN RE: COMPLAINT AND ARREST          No.  17MJ02770
   WARRANT
13
                                        [PROPOSED] ORDER SEALING
14                                      DOCUMENTS

15                                      (UNDER SEAL)

16

17      For good cause shown, IT IS HEREBY ORDERED that the Complaint,

18 arrest warrant and all attachments thereto, the application for the

19 complaint and arrest warrant and all attachments thereto, as well as

20 the ex parte application for order sealing documents, the memorandum

21 of points and authorities, the declaration of Ruth C. Pinkel, and

22 this Court's sealing order, and all documents subsequently filed

23 under this same case number until such time as a unsealing order is

issued, shall be kept under seal until further order of the Court, or until the arrest warrant is executed.

___11/3/17___
DATE

**ALKA SAGAR**
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____
DATE

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Presented by:

_/S/ Ruth C. Pinkel_____
RUTH C. PINKEL
Assistant United States Attorney

2